JOHN C. BROWN et al., Appellants v. CURRENT RIVER LAND & CATTLE COMPANY, Respondent.

### St. Louis Court of Appeals, March 3, 1903.

**Tax Sale:** SUIT TO RECOVER PURCHASE MONEY: SUBSEQUENT TAXES PAID. This cause presents the same issues as the case of Rowe et al. v. Current River Land & Cattle Company, 99 Mo. App. 158, and necessarily follows the opinion in that case, which rules that the holder of a void tax deed, who subsequently paid the taxes on the property, would not be entitled to recover of a successful party against him, the amount paid at the tax sale together with subsequent taxes.

Appeal from Shannon Circuit Court.—*Hon. W. N. Evans,* Judge.

AFFIRMED IN PART AND REVERSED IN PART.

REYBURN, J.—This case was argued and submitted with the case of T. J. Rowe and others against the same defendant(which will be found reported in 99 Mo. App. 158), and presents the same question. For the reasons given in the latter case, the judgment of the court below will be modified; in so far as it sub-

jects the realty described to a lien in favor of defendant for its disbursements for taxes in the purchase of such realty and thereafter, it will be reversed, in other respects it will be affirmed, respondent to pay costs of this court, and it is so ordered. *Bland, P. J.,* and *Goode, J.,* concur.